# EXHIBIT B

**Patent Claims Analysis**
**of**
**US10021380: "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials"**

**against**
**Belkin NETCAM HD**

# US10021380B1
United States

| Inventor | Kenneth Martin Jacobs, Ronald Steven Karpf |
|---|---|
| Current Assignee | Vdpp LLC Visual Effect Innovations LLC |

Worldwide applications

2017 ~~US~~ ~~US~~ 2018 US

| Claims priority from a provisional application | 01/23/2001 | Expired |
|---|---|---|

| Total patentTerm Adjustments |
|---|
| 0 |

CLAIMS

1. A method for generating modified video, the method comprising:

acquiring a source video comprising a sequence of image frames, each of the image frames being associated with a respective chronological position in the sequence;

identifying a first image frame associated with a first chronological position in the sequence of the source video and a second image frame associated with a second chronological position in the sequence of the source video;

expanding the first image frame to generate a modified first image frame, wherein the modified first image frame is different from the first image frame;

expanding the second image frame to generate a modified second image frame, wherein the modified second image frame is different from the second image frame;

combining the modified first image frame and the modified second image frame to generate a modified combined image frame, the modified combined image frame having first and second opposing sides defining a first dimension and third and fourth opposing sides defining a second dimension; and

displaying the modified combined image frame.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for generating modified video, the method comprising: | *Belkin NETCAM HD implements the Method of Claim 1.*<br><br><[https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html/specs](https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html/specs)> © 2024 |
| 1.1 | acquiring a source video comprising a sequence of image frames, each of the image frames being associated with a respective chronological position in the sequence; | *Two consecutive image frames are read in from storage for acquisition.*<br><br>*[Note: This is necessary in order to do NIGHT VISION.]*<br><br><[https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html](https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html)> © 2024 |
| 1.2 | identifying a first image frame associated with a first chronological position in the sequence of the source video and a second image frame associated with a second chronological position in the sequence of the source video; | *Two consecutive image frames are read in from storage for identification.*<br><br>*[Note: This is necessary in order to do NIGHT VISION.]*<br><br><[https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html](https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html)> © 2024 |

| | | |
|---|---|---|
| 1.3 | expanding the first image frame to generate a modified first image frame, wherein the modified first image frame is different from the first image frame; | *The first image frame and the second image frame are expanded (scaled) to generate a modified first image frame and a modified second image frame.*<br><br><https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html/specs> © 2024<br><br>*The first image frame is expanded (scaled) to generate a modified first image frame.*<br><br>*Since the modified first image frame is expanded from the first image frames - they are different.* |
| 1.4 | expanding the second image frame to generate a modified second image frame, wherein the modified second image frame is different from the second image frame; | *The first image frame and the second image frame are expanded (scaled) to generate a modified first image frame and a modified second image frame.*<br><br><https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html/specs> © 2024<br><br>*The second image frame is expanded (scaled) to generate a modified second image frame.*<br><br>*Since the modified second image frame is expanded from the second image frames - they are different.* |
| 1.5 | combining the modified first image frame and the modified second image frame to generate a modified combined image frame, | *Belkin NETCAM HD combines the modified (scaled) first and second image frame, and combines them - generating a modified combined image frame (which is the NIGHT VISION frame).*<br><br><https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html> © 2024 |
| 1.6 | the modified combined image frame having first and second opposing sides defining a first dimension and third and fourth opposing sides defining a second dimension; and | *The implication of this clause is that the image displayed is a rectangle.*<br><br><https://www.bhphotovideo.com/c/product/1000414-REG/belkin_f7d7602_netcam_hd_wi_fi.html/specs> © 2024<br><br>*This means the screen opposing sides are of equal dimension (the display screen is rectangular in shape).* |

|  |  |  |
|---|---|---|
| 1.7 | displaying the modified combined image frame. | *The modified combined image frame is displayed (i.e., the NIGHT VISION) video frame is displayed.* |